UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA           :     **UNSEALING ORDER**
:
- v. -                             :     S1 23 Cr. 405
:
MIGUEL BISONO and                  :
DAJHAAN PEREZ                      :
:
Defendants.                  :
:
- - - - - - - - - - - - - - - X

Upon the application of the United States, by United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Matthew J. King;

It is found that the Indictment in the above-captioned action, S1 23 Cr. 405, is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       January 25, 2024

_____
SARAH NETBURN
United States Magistrate Judge