UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DAJHAAN PEREZ and MIGUEL BISONO,

Defendants.

23-CR-405-LTS

Scheduling Order

The pretrial conference in this case is scheduled to proceed on March 29, 2024, at 2:30 p.m., in Courtroom 17C.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

SO ORDERED.

Dated: New York, New York
March 20, 2024

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge