UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                          No. 23CR405-LTS

MIGUEL BISONO (2),

                       Defendant.

-------------------------------------------------------------X

**ORDER**

      Richard Palmer, Esq., is relieved as CJA counsel for the defendant. Patricia A. Pileggi, Esq., is now appointed as CJA counsel for the defendant in the above-captioned matter.

      SO ORDERED.

Dated: New York, New York
       March 29, 2024

                                                           /s/ *Laura Taylor Swain*
                                                           LAURA TAYLOR SWAIN
                                                           United States District Judge