

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 11, 2024

# **MEMO ENDORSED**

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Miguel Bisono, Dajhaan Perez*, 23 Cr. 405 (LTS)

Dear Chief Judge Swain:

The parties write to request that the status conference currently scheduled for October 16, 2024 be adjourned for thirty days, pending the Court's availability. The Government and counsel for Mr. Perez and Mr. Bisono are engaged in plea discussions, and a 30-day adjournment will allow those discussions to continue.

The Government requests the express exclusion of time in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7) until the date of the adjourned conference. The interests served by such an exclusion outweigh the public's and the defendant's interest in a speedy trial because an exclusion will allow the Government, Mr. Perez, and Mr. Bisono to continue discussing a potential pretrial resolution to the pending charges. Counsel for Mr. Perez and Mr. Bisono consent to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Matthew J. King
Assistant United States Attorney
(212) 637-2384

cc:   Michael Bloch, Esq.
      Patricia Anne Pileggi, Esq.

The foregoing request for an adjournment is granted. The hearing is hereby rescheduled to **November 22, 2024 at 12:00 pm**. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through November 22, 2024, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE#48 is resolved.
SO ORDERED.
10/15/2024
/s/ Laura Taylor Swain, Chief USDJ