UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                No.  23-CR-405-2

MIGUEL BISONO,                                                ORDER

        Defendant.

--------------------------------------------------------x

        The Court received a letter from Mr. Bisono requesting a change of counsel and referring to attorney-client communications.  The letter has been sent to defense counsel and will be filed under seal.  Defense counsel is instructed to discuss the letter with Mr. Bisono.  The Court will hold a conference on **March 12, 2025, at 11:00 AM** in Daniel Patrick Moynihan Courthouse (500 Pearl Street, New York, NY 10007), Courtroom 17C, at which any necessary application for change of counsel can be made.


        SO ORDERED.

Dated: New York, New York                      _/s/ Laura Taylor Swain_____
        March 3, 2025                           LAURA TAYLOR SWAIN
                           Chief United States District Judge