UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                     No. 23-CR-405-2

MIGUEL BISONO,                                  ORDER

        Defendant.

-------------------------------------------------------x

The hearing scheduled for March 12, 2025, at 11:00AM is hereby adjourned to **March 24, 2025, at 12:00PM** in Daniel Patrick Moynihan Courthouse (500 Pearl Street, New York, NY 10007), Courtroom 17C.

SO ORDERED.

Dated: New York, New York                /s/ Laura Taylor Swain
      March 10, 2025                      LAURA TAYLOR SWAIN
                                               Chief United States District Judge