UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                 No.  23-CR-405-2

MIGUEL BISONO,                                  ORDER

       Defendant.

-------------------------------------------------------x

The hearing scheduled for March 24, 2025, at 12:00PM is hereby adjourned to **March 25, 2025, at 11:00AM** in Daniel Patrick Moynihan Courthouse (500 Pearl Street, New York, NY 10007), Courtroom 17C.

SO ORDERED.

Dated: New York, New York           /s/ Laura Taylor Swain
       March 24, 2025                 LAURA TAYLOR SWAIN
                                                      Chief United States District Judge