UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

      -v-　　　　　　　　　　　　　　　　　　　　　No. 23 crim. 405 (LTS)

MIGUEL BISONO (2),

                Defendant.

-------------------------------------------------------------X

**ORDER**

      Patricia A. Pileggi, Esq., is relieved as CJA counsel for the defendant.  Christopher Wright, Esq., is now appointed as CJA counsel for the defendant in the above-captioned matter.

      SO ORDERED.

Dated:   New York, New York
          March 25, 2025

                                        /s/ *Laura Taylor Swain*
                                        LAURA TAYLOR SWAIN
                                        United States District Judge