**WL| Wright Law**
ATTORNEY AT LAW

**MEMO ENDORSED**

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

May 21, 2025

**VIA E-MAIL**
The Honorable Laura Taylor Swain
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Application for**
**Interim Counsel Payments**

Re:   *United States v. Miguel Bisono* 23 Cr. 405 (LTS)

Dear Judge Swain:

    I represent Miguel Bisono in the above-referenced matter and submit this letter-application respectfully requesting approval for interim attorney vouchers under the Criminal Justice Act (CJA).

    Since my appointment, I have spent a substantial number of hours reviewing the discovery, communicating with my client at the Hudson County Jail and conferring with the government. This case and the complexities have demanded substantial attention since my appointment on March 25, 2025.

    The CJA Panel has been alerted that the government will not disperse funds on submitted vouchers from June 2025 through October 2025. Accordingly, I have been advised by my CJA Panel representative to request approval for the submission of interim vouchers prior to June 2025. Such approval will reduce the possibility that counsel will endure financial hardship.

    In light of the foregoing, I respectfully request that this Court approve my request for interim payments in this case pursuant to Guide to Judiciary Policy, Vol. 7 Defender Services, Part A Guidelines for Administering the CJA and Related Statutes, Chapter 2: Appointment and Payment of Counsel, § 230.73.  Thank you for your consideration of this request.

Sincerely,
/s/
Christopher Wright

The foregoing request is granted. DE # 123 is resolved.
SO ORDERED.
5/21/2025
/s/ Laura Taylor Swain, Chief USDJ