Johnathan Anthony Bisono
845 W College Rd, Alliance, Ohio 44601
Contact: 1(631) 704-0345
Email: Bisono.a.Johnathan@gmail.com

Dear The Honorable Laura Taylor Swain

"Tell me and I forget, teach me and I may remember, involve me and I learn."
-Benjamin Franklin

My name is Johnathan Bisono. I am 28 years old and Miguel's oldest son of six. I intend to write this letter with complete humility and great understanding of the gravity of the situation my father has found himself in. My goal for this letter is to offer a genuine perspective on the kind of man my father is, despite his actions and shortcomings.

**Resilience:**
      When I was born, my father was 18 years old and just starting to figure out his role in the real world. I have heard so many stories regarding how hard he worked when he figured out my mother was pregnant. My father had two jobs, one at a pizza shop and the other in a factory. At 28 years of age, with no kids, I can't imagine the pressure and anxiety that may come along with being a teen parent. My father had no vehicle or means of transport; he continued to show up day in and out. Fast forward to my teenage years, and he was on a mission to be a master barber. I watched my dad work in the barber shop from morning to night with minimal breaks. His passion and persistence led him to become one of the best barbers on Long Island. He believes in hard work and will not stop working on himself until he achieves complete reform, both inside and outside the jail/prison.

**Leader:**
      Being the oldest of the bunch often comes with its own set of challenges. I've been fortunate enough to witness my father's growth as a strong, dependable, and selfless man not only to my siblings but to my family as a whole. Growing up, my father was never easy on me, but for all the right reasons. He was determined to make me a better man than he could ever be. He pushed my brothers and me to complete our master's degrees while being collegiate athletes. He didn't stop at just that; he set standards and goals in everything we pursued: grades, accolades, and relationships. From as early as I can remember, my dad always preached the values of respect, loyalty, and love. My father has so much more to offer in this space for his youngest two children, Kaiden and Mason Bisono, who are 8 and 9 years old. It is my greatest hope that he will be granted the opportunity to do the same for them.

**Impact:**
      I am confident that my father will always find a way to continue leading. I say that to emphasize that my father has always learned from his mistakes, whether in parenting or professional endeavors. He was never afraid to face his wrongs head-on and build on the lessons he took away. As an adult, I often reflect on some of the things my father had to overcome despite the embarrassment, humiliation, and fear. As I grew older, my dad never withheld any of his wisdom, which helped me in ways I could never have imagined. It wasn't until I found myself in leadership positions, first on the football field and second in the business world. I realized that my father was in total alignment with the statement, "Leadership is not defined by what you have achieved, rather what you have done for others." See, my father may not have the best track record before you, but in many ways, my brother's and my achievements are a testament to his leadership and selflessness. In many ways, he has always strived to improve the lives of his children and family.

<<A1>>

<<A1>>

**Drive:**
    There are numerous examples of great things my father has done throughout his life for others, rooted in leadership, faith, and selflessness. One thing that I will always carry with me is the college football game day messages, before and after, providing advice or the "I'm proud of you, kid!" messages. He was always consistent and committed to supporting me. One quality that will be pivotal during this process is his drive to be consistent and committed to change. Your Honor, I truly believe he has some of the greatest attributes to accomplish whatever you and the legal system believe is fair in this case before you. From the start of this process, I was deeply concerned about my father's mental and physical health. Yet he continues to find a way to prevail and change his mindset. My conversations with my father have completely turned around. He accepts full accountability and speaks with a deeper sense of humility and regret for his actions. I find myself talking with my father in a rollercoaster of emotions. The uncertainty of not knowing when I will get to hug him or share a meal is gut-wrenching. As my wife and I make plans for our future, we struggle with the uncertainty of not knowing whether our kids will have a grandfather early on.

**Appreciation:**
    Your Honor, thank you for taking the time to read my lengthy letter. I pray that you will find it in your heart to grant some leniency toward my father, so that he may return to his family, who care for him and are fully ready to support him in his journey of reformation.

Best regards,
Johnathan Bisono, MBA

<<A1>>

Matthew Bisono

604 South Seneca Ave, Alliance, OH 44601

Cell: 216-877-6622

Email: Matthewbisono98@outlook.com

Oct. 30th, 2025

The Honorable Laura Taylor Swain

United States District Judge

I am writing this letter in connection with Miguel Bisono's sentencing regarding his guilty plea. My name is Matthew Bisono, and I am Miguel's second-oldest son. Growing up, I've had the privilege of witnessing my father's care and devotion to my siblings and me. From attending sporting events and extracurricular activities, my father was always present when it mattered most.

My father would always make time in his day to teach us important life values, such as working hard, always trying our best in everything we do, and, most importantly, always putting God first. My fathers constant support throughout my undergraduate and masters program helped me strive and obtain a bachelors and masters degree just by simply offering emotional support when I needed it most.

Furthermore, I know my father has made mistakes in his past that he is deeply ashamed of and hopes for forgiveness. My dad is a man who knows when to take accountability and has always demonstrated fairness and kindness. I respectfully ask that you take into account Miguel's commitment to his family and his continuous effort to become a better citizen.

I am confident that, regardless of the outcome of this case, my father will continue to be committed to becoming a better version of himself. Thank you for your time and consideration.

Sincerely,

Matthew Bisono

Son of Miguel Bisono

<<A1>>

**Balderys Luna**
12 Jay Ct. Islip, NY 11751
Cell#: 631-796-6010
Email: Balderys@gmail.com

October 22, 2025

**The Honorable Judge Laura Taylor Swain**
US District Court
500 Pearl Street, New York, NY 10007

**Re: Character Reference for Miguel Bisono**

Dear Honorable Judge,

I am writing this letter on behalf of my cousin, Miguel Bisono, who is currently before you for sentencing. I understand the seriousness of his situation, and I respectfully ask that you consider this letter as a sincere reflection of the man I know and care deeply for.

Miguel is a devoted father and a God-fearing man who holds his faith close and lives by values of kindness and respect. His children are his world, and I have witnessed firsthand how deeply he loves and cares for them. He wants nothing more than to be present in their lives, to raise them with strong morals, and to guide them toward a better future.

As a member of our family, Miguel has always stood out as one of the kindest, most genuine people you could meet. He has a warm personality, a good sense of humor, and a heart that constantly looks out for others. He is truly one of the "coolest" cousins—someone you can talk to, laugh with, and rely on. While he has made mistakes, I believe they do not define the entirety of his character or his potential.

Miguel has shown regret for his actions and is committed to making better choices. He has a lot to live for, and I truly believe he deserves the opportunity to rebuild his life and be the father his children need. He is loved and respected by our entire family, and we are all standing by him, ready to support him as he takes the necessary steps toward redemption.

Thank you, Your Honor, for taking the time to read this letter. I hope you will consider the good in Miguel's heart and the positive impact he can continue to have on the lives of his children and community.

Respectfully,

*Balderys Luna*
Balderys Luna

<<A1>>

To: The Honorable Laura Taylor Swain
United States District Judge

    I am writing this letter in regards to Miguel's sentencing and his guilty plea. My name is Brianna Bisono, daughter-in-law of Miguel Bisono, and I am 26 years old. I am an Emergency Medicine Physician Assistant. In my daily practice, I am guided by ethics, integrity, and accountability. I offer this character reference for Miguel only because I wholeheartedly believe in his character and his capacity to contribute positively to his community. I have known Miguel since the beginning of my relationship with his son, Johnathan Bisono, which equates to seven years. I am deeply grateful for the opportunity to submit this letter on his behalf, and I consider it a true honor.

    I hope to bring a different perspective as you read these letters. For context, I was born and raised in a small town in Ohio with devoted, supportive, and faith based parents. Having grown up in a family with little exposure to the justice system, I inadvertently developed this bias that if someone is incarcerated, they must be a terrible person and deserve it, right?  I now recognize how naïve and unfair that assumption was, because when it comes to Miguel this could not be farther from the truth. Within my first moments of meeting him his character spoke for itself. He is selfless and a devoted loving father who carries himself with integrity. I have personally witnessed this within his relationships with his children and even within my own relationship as he welcomed me as his daughter in law with open arms. For example, during his visits with us in Ohio, he consistently demonstrated kindness and consideration in taking the time to listen when I needed it after a difficult day at work. He often encouraged me to stay positive and to approach life's challenges with resilience, offering thoughtful advice as my husband and I continue to grow in our marriage and build our future together. Even in small everyday moments, like teaching me how to cook authentic Dominican foods which in of itself demonstrates remarkable patience. His sons are what I would consider the greatest testament to his character. Despite having his first son, Johnathan, at a young age and Matthew not too far after, I consistently hear stories from their childhood of how Miguel always ensured they were provided for and supported in life's moments. The discipline, respect, and resilience that was instilled in Miguel's children from a young age has propelled his sons to be even better versions of himself. The oldest three of his sons have both attained their respective Master's degrees and hold respectable jobs within the community, his middle son is finishing high school in hopes to follow in his older brother's footsteps of success, and Miguel's youngest sons, are still very young trying to figure out how to handle various situations in life and carry the weight of hoping to see their father soon. Miguel's greatest pride and joy is his children. Although he has not always made the right decisions in the past, it's his character that has made lasting impacts on them which is evident in their success. This is something I hope that my soon to be future children, and Miguel's grandchildren, have the privilege of learning and growing from.

<<A1>>

      It is clear the sincere regret he has towards his actions. I'm confident with an extension of grace, he not only will seize the opportunity to strive for continued personal growth and self-improvement, but will uphold a strong sense of accountability and civic responsibility, contributing meaningfully to his community.

      I respectfully submit this letter in support of Miguel Bisono as you consider an appropriate sentence. Thank you for your time and thoughtful consideration of my perspective.

Brianna Bisono, PA-C

<<A1>>

<<A1>>

Sadie Pritts

604 South Seneca Ave, Alliance, OH 44601

330-931-1056

Oct. 30th, 2025

Dear Honorable Laura Taylor Swain

United States District Judge,

I'm writing this letter to you today to talk about Miguel Bisono, my future father in law. My name is Sadie Pritts, and I am engaged to Miguel's son Matthew Bisono. As he stands in front of you to determine his future I would like you to consider what kind of man Miguel truly is.

Since the day I have met Miguel he has always been nothing but kind. He is a man that puts God first and his family second. For a short time my fiancé and I lived with Miguel and in that time period our relationship grew closer. He would help with whatever was needed such as, with improving the house, or from helping me fix my car. He was always present. Miguel always made sure everyone was well taken care of. Including me which made me feel like I was already a part of the family. Miguel taught me how to cook different family recipes so we spent a lot of time together. I can confidently say his heart is good.

He made a big impact in our lives and he has been very missed this past years. I know he has made mistakes but I know Miguel will continue in the future to be a good man with good intentions.

In conclusion, as you are determining Miguel's future please consider what I have typed. Thank you for your consideration and time.

Sinercely,

Sadie Pritts

Future Daughter in law to Miguel Bisono

<<A1>>

<<A1>>

Dear Judge

I am writing with the utmost respect to ask for your consideration of leniency in the sentencing of my best friend, Miguel Bisono. I have known him for over 33 years, and in all that time, every thought of Miguel brings a smile to my face. My memories with him have been filled with nothing but joy. I have witnessed the kind of man he truly is: caring, loyal, dependable, and someone who has made a lasting impact on everyone in his life.

While I understand the seriousness of the matter before you and the court, I also know this situation does not fully reflect my best friend's character. Although poor choices may present a different picture, I can tell you that Miguel is a lifeline to his older sons and a devoted father to his two younger children, who miss him dearly and depend on his love, guidance, and presence. His absence has been extremely hard on them, and I believe his rehabilitation would be best supported by allowing him to continue being an active and strong part of their upbringing.

Your Honor, I respectfully ask you to take into account his role as a father, a son, a brother, a friend, and someone capable of contributing positively to the community. With compassion, guidance, and the right support, I believe Miguel has the ability to move forward in a better and more positive way.

Thank you, Your Honor, for your time and for your commitment to upholding our laws. Regardless of your decision, I want you to know how deeply Miguel is valued and loved by those who know him best. He is the only person in my lifetime of acquaintances and strangers that I have made family and embraced as the brother I never had.

Sincerely,


Josue Aaron Sanchez

<<A1>>

10/30/25

"honorable Jues"

Me dirijo a Usted como madre. de miguel angel Bisono.

Para pedirle ante Dios Cremencia y Micericordia.
Ya que el Nunca asido Una Persona agresiva ni Violenta. pido para el Un Juicio Justo. todo los dejo en la manos De usted y de Dios.

Mi hijo sienpre a sido Un buen padre y Un buen hijo Nunca me a fatado el Respeto. y a sido muy unido a Sus familia.
Desde pequeño a sido Un niño de buen corazon. Craro todos cometemos herrores. Como seres umano que somos. Perfecto es. Nuestros Dios. Pero yo me encargares de ayucarlos cuando el salga a buscar ayuda, Para mejoral sus trayetoria.

Atentamente
Con Muchos Respetos
Yanina Mateo.

&lt;&lt;A1&gt;&gt;

# Letter from Miguel Bisono's mom

**From:** Balderys Luna bluna@nmbnow.com
**To:** wrightlawnyc@gmail.com
**Date:** Thu, Oct 30, 2025, 10:51 AM
02998d2d-7f0c-4d66-bbae-d63fdcbf83ca.jpeg  324 KB

**Good Morning Chris,**

Attached is the letter from my aunt and Miguel's mom.

The text is a handwritten letter from a mother, Yanina Mateo, to an "honorable judge" on behalf of her son, Miguel Angel Bisono. She is asking for clemency and mercy, stating that her son has never been a violent person and has always been a good son and a good father. She mentions that he has always been very close to his family. She asks for a fair trial and says she leaves everything in the hands of the judge and God. She also states that she will help him improve his path when he gets out.

- **Sender:** Yanina Mateo
- **Recipient:** An "honorable judge"
- **Subject:** A plea for clemency and mercy for her son, Miguel Angel Bisono
- **Key points:** The mother describes her son as a good, non-violent person who has been a good father and son. She asks for a fair trial and promises to help him improve himself.

## Translation

- **Sender:** Yanina Mateo
- **Recipient:** Honorable Judge
- **Date:** 10/30/25
- **Body:** I am writing to you as the mother of Miguel Angel Bisono to ask you, before God, for clemency and mercy. Because he has never been a violent person, I ask for a fair trial. I leave everything in the hands of you and God. My son has always been a good father and a good son, and has always been very close to his family. Since he was a child, he has had a good heart. Of course, we all make mistakes as human beings who are not perfect, only God is. But I will take care of helping him when he gets out to find help to improve his path.
- **Closing:** Sincerely, with much respect, Yanina Mateo.

<<A1>>

Dear Judge Laura Taylor Swain,

My name is Ayla Mateo, and Miguel is my uncle. I am writing this letter to share my perspective on the kind of man he is and to express my belief that he deserves the opportunity to continue improving his life.

My uncle has always been a hard worker and a devoted father, as a young girl and now mother my uncle is a major father figure and biggest supporter in my life. I've seen him go above and beyond for his family and friends, whether that meant working long hours or taking on extra responsibilities like helping his older brother raise his first daughter (me). He takes pride in being present for his kids and teaching them the value of effort and integrity, although at times someone else's perception could be their reality of who they think someone might be, I believe my uncle has since been taking the right steps to become a better role model and make better choices  then maybe his past behaviors have lead others to think.
I understand that he has made poor decisions that brought him before the court, and he does not take that lightly. From my conversations with him, I can tell he feels genuine remorse and regret and is committed to making better choices moving forward.
I truly believe that my uncle has the potential to continue growing into the responsible, law abiding citizen and father he wants to be. I respectfully ask that you take this into consideration and allow him the opportunity to rebuild his life and contribute positively to his family and community.

Thank you for your time and understanding.

Sincerely,
Ayla Mateo

<<A1>>

To: The Honorable Laura Taylor Swain
Unites States District Judge,

I would like to start by thanking you for your time as I understood you have the tedious task of reading many of these letters regarding the characters of individuals for a variety of reasons.

My name is Yelixa Giron, and I write to you on the behalf of my cousins Jonathan, Matthew, Brian, Jaiden, and Mason Bisono concerning my uncle Miguel Bisono's sentencing.

Im writing you on the behalf of my cousins as I know that my uncle's absence is being heavily felt. I, all too well understand what having a father be absent is like. However, the distinct difference is that I know if the choice were his, Miguel would be with his children and by his family. Unlike my own father who was absent at his own accord, Miguel is a very present father who takes pride in being an active parent in his children's lives. Growing up I watched how much love he poured into not only his children but our entire family. My uncle Miguel is one of the few father figures I've had myself, making him one of the few men in my life that I grew up to admire and respect. My heart hurts for him and my family as I know there is a void without his presence and him without ours. With the holidays coming up its bittersweet to be writing this as those are the fondest memories that I share with him. Whether it'd be giving the kids and some of the other men in my family haircuts to prepare for the festivities, playing silly games with the family, or giving me advice and words of encouragement along the years; Miguels role in the beautiful chaos of it all is irreplaceable and we will miss him deeply this holiday season.

Although I understand he is facing serious implications regarding his sentencing, please consider the sincerity of my words, along with the many others writing on behalf of my uncle Miguel's character as he is very much missed and a pillar to our family.

With gratitude,
Yelixa Giron

<<A1>>

Vickiana Bisono

5254 Appaloosa Circle

Morrow, OH 45152

Cell: (631) 484-7028

Vickiana711@yahoo.com

I am writing this letter in regards to my brother, Miguel Bisono guiltly plea. As Miguel's youngest sister I have witnessed all of his ups and downs in life, but most importantly even through every struggle how he was able to pick himself back up. Miguel has always been there for me more than what a brother should be, he was basically a father figure to me, as our dad resided in Dominican Republic. Miguel was a person I turned to for most things, as our mom worked multiple jobs to be able to support us 3. Miguel was the one who drove me to night school so I was able to complete my goal of graduation high school early. My brother Miguek made sure I was always doing good in school, even made sure I always had a dollar for lunch. His kind heart always shined in every aspect of my life. Things weren't always perfect as I was a teen but the love was always felt. Miguel becoming a father at such a young age added pressure but his kids always had the best part of him, his attention, love and emotional support. Just like my brother Miguel helped raise me, I knew he would be amazing with his own kids. Miguel always had aspirations and dreams to be a master barber so he could provide and leave a legacy for his children. His talents also inspired me to go to Beauty School myself. The skills Miguel possesses to cut hair is more than amazing and it saddens me to see it go to waste. Miguel is so important in my life that he was the one that walked me down the aisle on my special wedding day, and I wouldn't have had it any other way. I want to take this time to ask you to have some compassion in your decision for my brother Miguel's sentencing. Keep in mind that Miguel is a key piece in our family's lives. Thank you for your time and attention.

Sincerely,

Vickiana Bisono

<<A1>>

**To:**
The Honorable Laura Taylor Swain
United States District Judge

**Re:** Character Letter for Miguel Bisono

Your Honor,

I am writing on behalf of my stepfather, Miguel Bisono. Although Miguel is no longer married to my mother, he has always been and will always be a father to me. He raised me from the age of six through my teenage years, and despite the changes in our family circumstances, he has continued to treat me as his son. It is my hope that this letter allows you to see him as I do: a man of deep loyalty, love, and positive influence.

I met Miguel when I was around seven years old. From the very beginning, he and his two sons welcomed me into their family with open arms. Miguel treated me as his own child, showing me love, respect, and encouragement. He did not simply fill the role of a stepfather he became a true father figure in my life. The bond I share with him and my stepbrothers is unbreakable, and I remain profoundly grateful for the guidance and support they provided during my most formative years.

Miguel has always been a devoted father who loves his children deeply. He frequently checked in on me to make sure I was doing well, often more consistently than my biological father. He is the type of person people enjoy being around: kind-spirited, welcoming, and always able to bring laughter into a room. He has a natural ability to make others feel comfortable and included, treating my close friends like family. The loyalty, mentorship, and love he gave me helped shape my character and contributed significantly to the person I am today.

Because of the strong foundation Miguel helped build for all of us, his children including myself have grown into successful adults. Nineteen years later, Miguel's three oldest sons, myself included, have all earned our master's degrees and continue to work hard and achieve success in our lives. I credit much of my discipline, values, and ambition to the example he set and the support he provided.

I understand that Miguel has made mistakes. However, I also know him to be a man capable of reflection, growth, and change. I have seen genuine remorse and a commitment to making better decisions. He still has so much to offer as a father not only to me and my brothers, but also to our younger siblings who need him in their lives. Our family cares for him deeply, and we sincerely want to see him succeed. Just as he stood by us throughout our lives, we are prepared to stand by him now.

Thank you, Your Honor, for your time and consideration. I respectfully ask that you see the good in Miguel Bisono, a loving, dedicated father and a man who has positively impacted the lives of his children. He deserves the opportunity to continue growing and being present for his family.

**Respectfully,**

**Jose Contreras**

<<A1>>

Your Honor, I am writing this letter on behalf of Miguel Bisono. I am Miguel's brother-in-law, and I have been a part of the Bisono family for over 20 years. Ever since I met Miguel in late 2000, he has always prioritized his family. He has always wanted a better life for his family and his children. He played an important role in pushing his oldest boys to graduate from college with their Master's Degrees. He also has his 2 youngest boys who look up to him and love him unconditionally without really understanding the severity of the situation going on.

The Bisono Family is a very large but close-knit family. Miguel has always been very kind, respectful, helpful, and understanding with all of his siblings, cousins, aunts, uncles, but in particular very loving and caring for his mother. He was always a part of all family functions and celebrations. Miguel is the type of guy that would take the shirt off his back to give it to someone in need.

While we understand the seriousness of the situation and case on hand we ask the court for leniency on sentencing so that he can get back to being present father for his 2 young boys and lead them to be great men like he has done with his oldest 2 kids. Miguel is someone who I looked up to because of the type of relationship he has with his kids.

It is my hope that the court takes this/these letters into consideration at the time of sentencing.


Sincerely,


Kevin Rodriguez

<<A1>>

10/30/2025

**Abdal-Sami, Zafir**
8073 Plantation Dr. West Chester, OH 45069

**The Honorable Judge Laura Taylor Swain**
United States District Judge
500 Pearl Street, New York, NY 10007

**Dear Honorable Judge,**

I am writing this letter as a friend of the Bisono family on behalf of Miguel Bisono who is currently before you for sentencing. I understand the seriousness of his situation, and I ask that you consider this letter as a reflection of the man that I know.

Miguel is a man that is devoted to his family and prides himself on being father. His children mean everything to him. I have often witnessed him giving advice to his kids on how to navigate life and teaching them skills that will stay with them for a life time. Guiding them towards a better life than the one he had.

As a friend, Miguel has always been someone that has made sure that I felt like a part of the family. Always willing to lend an ear or shoulder when life gets stressful. A good friend to have with a genuine heart. While he has made mistakes I believe that those mistakes do not speak to the person he is.

Miguel has shown remorse for the his past choices and is committed to being a better man for his family and himself. I believe that given the opportunity to rebuild his life, he will be a better father for his children and better man to his community. I am ready to support him as he takes the steps to redemption and rebuilding.

Thank you, Your Honor, for taking the time to read this letter. I hope you will consider the good in Miguel and the positive impact that he has on his friends and family.

**Sincerely,**

**Abdal-Sami, Zafir**

<<A1>>