# WL | Wright Law
### ATTORNEY AT LAW

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
**wrightlawnyc@gmail.com**
**www.wrightlaw.nyc**

November 23, 2025

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:    ***United States* v. *Miguel Bisono 23-cr-00405-LTS***

Dear Judge Swain:

I represent Miguel Bisono who is scheduled to be sentenced on December 3, 2025, and I write today to apologize for the late-filing of the defendant's sentencing which would was otherwise due on November 19, 2025. *See* Court Individual Practice Rules (B)(7)(b)(ii).

I previously alerted ASUA Matthew King on November 19, 2025, that I would need additional time before I could file my sentencing memo as I was juggling a pressing medical issue with my elderly mother regarding an acute problem (broken elbow) and a chronic problem (Alzheimer's disease) and I wanted to review the sentencing memo before filing it with my client at the Hudson County Jail in New Jersey. I told Mr. King that the plan was to visit my client on Saturday, November 22, 2025 and file the memo thereafter; and Mr. King graciously consented to my request.

Unfortunately, the November 22 attorney-client meeting did not happen, *but* I am happy to report I had a successful meeting with my client at Hudson County jail earlier today and I will file the defense sentencing memo later today, November 23, 2025. I apologize to your Honor and to Mr. King for this delay and respectfully request the Court accept the late-filed defense sentencing memo. Needless to say the defense will consent to any and all additional time Mr. King needs for the government response.

Sincerely,
/s/
Christopher Wright

Cc: AUSA Matthew King

To accommodate the Government's time to respond to the late-filed submission, the sentencing is hereby adjourned to **December 12, 2025, at 10am**.
SO ORDERED.
11/25/2025
/s/ Laura Taylor Swain, Chief USDJ